CENTRAL OF GEORGIA RAILWAY COMPANY *v.* MOSELEY.

LUMPKIN, P. J.  There was no material error in any of the several charges to which exception is taken, nor in admitting testimony ; none of the numerous special grounds of the motion for a new trial not covered by the foregoing are meritorious ; the verdict was warranted by the evidence, and was not excessive in amount ; the case was tried in substantial accord with the rulings made therein by this court, at the October term, 1900 (112 *Ga.* 914), and does not present any new question of law or practice for determination.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Argued July 8, — Decided August 9, 1902.

Case.  Before Judge Nottingham.  City court of Macon.  November 20, 1901.

*Hall & Wimberly* and *J. E. Hall,* for plaintiff in error.
*Steed & Ryals* and *John R. Cooper,* contra.